**08 CV 00460**

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
COSCO SHIPYARD GROUP CO. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

COSCO SHIPYARD GROUP CO. LTD,

      Plaintiff,

      -against-

BULK CONTAINER SHIPPING INC., and
COMMODITY UNIVERSAL LTD.,

      Defendants.

---

08 Civ. _____

**CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE**

      I, Michael J. Frevola, attorney for Plaintiff Cosco Shipyard Group Co. Ltd. ("Cosco") having filed an initial pleading in the above captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Plaintiff Cosco:

      Cosco is not publicly traded. COSCO Corporation (Singapore) Limited is publicly traded on the Singapore exchange and owns 10% or more of Cosco. SembCorp Marine is publicly traded and also owns 10% or more of Cosco.

Dated: New York, New York
      January 17, 2008

                     HOLLAND & KNIGHT LLP

By:                          
                     Michael J. Frevola
                     Lissa D. Schaupp
                     195 Broadway
                     New York, NY 10007-3189
                     Tel:   (212) 513-3200
                     Fax:   (212) 385-9010

                     *Attorneys for Plaintiff*