CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COSCO SHIPYARD (GROUP) CO., LTD.,

                         Plaintiff,

- against –

BULK CONTAINER SHIPPING INC.,
and COMMODITY UNIVERSAL LTD.,

                         Defendants.
-----------------------------------------------------------------X

08 Civ. 0460 (TPG)

NOTICE OF RESTRICTED
APPEARANCE IN
ACCORDANCE WITH
RULE E(8) OF THE F.R.C.P.
SUPPLEMENTAL RULES
FOR CERTAIN ADMIRALTY
AND MARITIME CLAIMS

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE THAT Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, the firm of Chalos, O'Connor & Duffy, LLP, hereby makes a restricted appearance on behalf of Echex Establishment to claim an interest in attached funds and, if necessary, defend against an alleged admiralty and maritime claim with respect to which there has been issued process of maritime attachment and garnishment.

FURTHERMORE, this appearance is expressly restricted to a claim of ownership over attached funds and any necessary defense of said claim; and is not to be construed as a general appearance or an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

In accordance with the above-stated restriction, please enter our appearance as counsel in this case for Echex Establishment.

We certify that we are admitted to practice in this Court.

Dated: Port Washington, New York
       March 19, 2008

                        CHALOS, O'CONNOR & DUFFY LLP
                        Attorneys for Echex Establishment

By: _____
                        Eugene J. O'Connor (EO-9925)
                        Timothy Semenoro (TS-6847)
                        366 Main Street
                        Port Washington, New York 11050
                        Tel:  (516) 767-3600 / Fax:  (516) 767-3605