CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COSCO SHIPYARD (GROUP) CO., LTD.,

                Plaintiff,

                08 Civ. 0460 (TPG)

   v.

                **RULE 7.1 STATEMENT**

BULK CONTAINER SHIPPING INC.,
and COMMODITY UNIVERSAL LTD.,

                Defendants.
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Echex Establishment, certify that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       March 19, 2008

                CHALOS, O'CONNOR & DUFFY LLP
                Attorneys for Echex Establishment,

     By:   _____
                Eugene J. O'Connor (EO-9925)
                Timothy Semenoro (TS-6847)
                366 Main Street
                Port Washington, New York 11050
                Tel: (516) 767-3600 / Fax: (516) 767-3605