GRIESA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSCO SHIPYARD (GROUP) CO., LTD.,

        Plaintiff,

-against-

BULK CONTAINER SHIPPING INC., and
COMMODITY UNIVERSAL LTD.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

08 Civ. 0460 (TPG)

NOTICE OF
DISMISSAL
**WITH PREJUDICE**

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff COSCO Shipyard (Group) Co., Ltd. dismisses its Verified Complaint, *with prejudice.*

Dated: May 14, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Christopher R. Nolan
195 Broadway
New York, New York 10007
(212) 513-3516
(212) 385-9010 fax
michael.frevola@hklaw.com
*Attorneys for Plaintiff*

# 5336092_v1

So ordered
Thomas P. Griesa
J.C.D.
5/16/08